PROB 12B
(4/17)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Miller                                           Cr.: 15-00202-001
                                                                          PACTS #: 550611

Name of Sentencing Judicial Officer:   WILLIAM J. MARTINI
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/20/2016

Original Offense:   Activities Relating to Material Constituting Or Containing Child Pornography

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Computer Monitoring, Mental Health Treatment, Restricted Contact with Minors, Polygraph Examination, Sex Offender Registration

Type of Supervision: Supervised Release                    Date Supervision Commenced: Not applicable

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

   **RESIDENTIAL REENTRY CENTER PLACEMENT (2 months WITH weekend privileges)**

   You must reside for a period of 2 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. Payment subsistence as required by the program is waived.

## CAUSE

The offender was released from FCI Butner Low and is currently completing his custodial sentence at Toler House, a residential reentry center in Newark, New Jersey. He is scheduled to be released from Toler House on December 6, 2018; however, he does not have a release plan at this time and would release as homeless. An extension of two months at Toler House would allow for the commencement of his Social Security Income and additional time to assist him in obtaining housing.

Respectfully submitted,

By: *Susan E. Karlak*
Senior U.S. Probation Officer
Date: 11/19/2018

Prob 12B – page 2
Robert Miller

THE COURT ORDERS:

- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
- ☐ No Action
- ☐ Other

_____
Signature of Judicial Officer

11/19/18
_____
Date