PROB 12B
(4/17)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Robert Miller                                                             Cr.: 15-00202-001
                                                                                            PACTS #: 550611

Name of Sentencing Judicial Officer:   **WILLIAM J. MARTINI**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**

Date of Original Sentence: 09/20/2016

Original Offense:   Activities Relating to Material Constituting or Containing Child Pornography

Original Sentence: 60 months imprisonment, 60 months supervised release

Special Conditions: Computer Monitoring, Mental Health Treatment, Restricted Contact with Minors, Polygraph Examination, Sex Offender Registration

<u>Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/05/2023</u>

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

### RESIDENTIAL REENTRY CENTER PLACEMENT (2 months WITH weekend privileges)

You must reside for a period of 2 months in a community corrections center, halfway house or similar residential facility and must observe all the rules of that facility. You will be eligible for weekend privileges. Payment subsistence as required by the program is waived.

## CAUSE

The offender was released from FCI Butner Low and completed his custodial sentence at Toler House, a residential reentry center in Newark, New Jersey, on December 6, 2018. Prior to his release, we requested a modification of his conditions to extend his time at Toler as he did not have a release plan and would have released as homeless.

Prob 12B – page 2
Robert Miller

An extension of two months at Toler House was granted by Your Honor to allow for the commencement of his Social Security Income and additional time to assist him in obtaining housing. At this time, we are requesting an additional two months at the residential reentry center. Although the offender has been diligently searching for housing he can afford, he has not been able to secure a residence yet.

Respectfully submitted,
By: Susan E. Karlak
Senior U.S. Probation Officer
Date: 01/31/2019

THE COURT ORDERS:

☒ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above (as recommended by the Probation Office)
☐ No Action
☐ Other

Signature of Judicial Officer

1/31/19
Date